## CONTINUATION OF APPLICATION FOR A CRIMINAL COMPLAINT
## AND ARREST WARANT

I, Thomas Schifini, being duly sworn, depose and state as follows:

**INTRODUCTION, AGENT BACKGROUND, AND PURPOSE OF THE WARRANT**

1.      The facts of this case, as more fully detailed below, reveal that **William VILLARRAGA-Joya** and **Wendy Vanessa ACOSTA-Arevalo**, have engaged in a conspiracy to transport stolen property in interstate or foreign commerce.

2.      I am familiar with the information contained in this continuation based upon the investigation I have conducted and based on information provided to me by other law enforcement officers.

3.      The facts in this continuation come from my personal observations, my training and experience, and information obtained from other agents and witnesses. I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause.

4.      I am a Special Agent (SA) with Homeland Security Investigations (HSI) out of the Grand Rapids, Michigan office.  I have been employed as a federal agent since August of 1998.  As part of my duties as a HSI Special Agent, I am authorized to investigate violations of Title 18 of the United States Code (USC). I graduated from John Jay College of Criminal Justice with a bachelor's degree in criminal justice.  I also earned a Juris Doctor (JD) from the University of Akron School of Law.  I graduated the U.S. Border Patrol Academy in December of 1998.

5.      This continuation contains information necessary to support a finding

of probable cause to charge **William VILLARRAGA-Joya** and **Wendy Vanessa ACOSTA-Arevalo** with violations of Title 18 U.S.C. §§ 2314, 2 & 371 which makes it a crime to transport stolen property across state lines, aid and abet the offense, and to conspire to transport stolen property across state lines.

## OVERVIEW OF CONSPIRACY

6.      The conspirators are from the Los Angeles, California, metropolitan area and from the New York, New York, metropolitan area.  They devised a scheme where they identified small business owners who conspirators believed would have large amounts of cash and valuables kept within their homes.

7.      The conspirators used the internet and applications like Google to find businesses, such as restaurants and small retail stores, and then researched the business owners.  They used open-source databases and social media to identify the business owners and where they lived.

8.      The conspirators targeted small business owners who the conspirators thought would be inclined to keep cash and other valuables in their homes.

9.      Once potential victims were identified, a crew of four to seven of the conspirators would travel from California and New York to the area where they would rent a house or condominium.

10.      The crew would then establish surveillance on the victim's business and on the residence to identify the victim's schedule, reconnoiter the location, and establish a plan to burglarize the residence.  The planning included determining the nearest location of law enforcement so they could estimate the response time by police.  The

planning also included placing tracker devices on the victim's vehicle so the team would know where the victim was and when residence might be empty.

11.    The crew would then break into the residence and steal cash, jewelry, items made of gold and other precious metals, and any other valuable property. The squad came prepared with cutting tools to break into safes and lock boxes.

12.    The crew would commit multiple burglaries during a single trip.

13.    After the burglaries were completed, the crew would then travel back to California or New York with the stolen property sold and converted to cash.

14.    Between August 2024 and April 2025, the conspirators committed more than eight burglaries and attempted burglaries in Michigan, North Carolina, Ohio, Kentucky, Alabama, Massachusetts, and Wisconsin and obtained more than $5,000,000 in stolen property that they then transported across state lines.

## FACTS ESTABLISHING PROBABLE CAUSE

15.    On December 5, 2024, the Kent County Sheriff's Office (KCSO) responded to a burglary that occurred at a residence in Cascade Township, Michigan. The perpetrators utilized a window and slider patio door to gain entry into the residence. Once inside, they ransacked the home and used a saw to cut into a gun safe. The homeowner's loss was approximately five million dollars' worth of valuables, which was later determined to be $40,000 in cash and the remainder in valuable property and jewelry.

16.    The KCSO investigation identified the first suspect as John Sebastian

QUINTERO-Herrera.  QUINTERO-Herrera, a Colombian national illegally present in the United States, was residing in the Los Angeles, California, metropolitan area.

17.    QUINTERO-Herrera was identified through a series of federal and state-issued search warrants and subpoenas.  Vehicle data, phone records, online accounts, and cell tower information all linked QUINTERO-Herrera and others to multiple home burglaries throughout the United States.

18.    KCSO received information from Google, Inc. regarding the account associated with John Sebastian QUINTERO,  with the username and email address of "*Sebastianquintero1196@hotmail.com*."  An analysis of the account showed that QUINTERO-Herrera, **William VILLARRAGA-Joya**, **Wendy Vanessa ACOSTA-Arevalo** and others were looking at addresses related to small business, followed by searches for the owner's home address. They would do days of research, including going to the target addresses days ahead of time and completed a search for "police" in Google maps to find the closest police department to their target. The activity was consistent with counter surveillance techniques observed with these groups, who also visit the homeowner's businesses and map out the time and distance to the victim's homes and run their license plates. They utilized online resources like "Bizapedia- Find Companies, People, Addresses, & Trademarks", "www.beenverified.com", "www.bumper.com", "Epicvin.com" all of which were observed in multiple of the conspirator's account search activities.  Other investigations, and intelligence bulletins, have indicated that this pre-planning is often done by members of South American Theft Groups (SATGs).

19.    Det. Dykgraaf conducted a more in-depth analysis of the John Sebastian QUINTERO Google account covering the time period of December 1

through December 5, 2024, which was around the time of the Michigan burglary. The following items of evidentiary interest were notated:

    a.    The Michigan victim's business address and home address were logged in the maps search function nearly sixty (60) times.

    b.    On December 4, 2024, a search was conducted in the maps feature that inquired how far the local police department was from the victim's residence.

20.    In January of 2025, I was contacted by the KCSO regarding this ongoing investigation. KCSO requested HSI assistance due to the multi-state jurisdictional issues, the interstate transportation of stolen goods, and the immigration status of potential suspects. The KCSO provided copies of their investigative reports, along with copies of other law enforcement reports from Ohio, Wisconsin, and Kentucky. The KCSO investigation was able to determine that this group participated in burglaries throughout a multi-state area.

21.    On October 10, 2024, a routine traffic stop was conducted by the Watertown, Wisconsin, Police Department. Multiple individuals were identified and two were arrested for marijuana possession. John Sebastian QUINTERO-Herrera, who was arrested for misdemeanor marijuana possession, was the driver of the white Chevy Tahoe. The white Chevy Tahoe had very distinctive identifiers, which matched the same vehicle seen on neighborhood Ring cameras during the time of the Michigan burglary. Those identifiers included stickers on the back window, no visible roof rack, black wheels and door handles.

22.      During the booking, John QUINTERO-Herrera told the officers that his phone number was (415) 374-6735.  T-Mobile records KCSO obtained a search warrant for T-Mobile records for cellular telephones in the vicinity of the victim's business and residence prior to and during the burglary in Cascade, Michigan.  The records indicated that a cellular telephone with the number (415) 374-6735 was in the area. Additionally, QUINTERO-Herrera had an iPhone on him during his October 2024 arrest, which was consistent with the iPhone 15 Pro listed as the only mobile device associated with the *Sebastianquintero1196@hotmail.com* Google account.

23.      Det. Dykgraaf's investigation revealed that John Sebastian QUINTERO-Herrera and other suspects were implicated in burglaries occurring in Ohio and Kentucky.  A review of QUINTERO-Herrera's internet search history indicated that they researched residential addresses listed below, which were later determined to be victims of burglaries.

a.      Mason, Ohio, address search - confirmed a residential burglary occurred. The burglary resulted in nearly $185,000 worth of valuables.

b.      Alexandria, Kentucky address search - confirmed a residential burglary that resulted in a loss of $16,000 in valuables.

c.      West Chester Township, Ohio address search - an attempted burglary was caught on video security cameras.  The same distinctive white Chevy Tahoe used in the Michigan burglary (and previously driven by John QUINTERO-Herrera in Wisconsin) can be seen pulling into the driveway. They can be seen grabbing a telescoping ladder out of the vehicle, before

fleeing when confronted by the homeowner.

24.     The KCSO investigation was able to determine that the

"*Sebastianquintero1196@hotmail.com*"  conducted multiple Google map searches of a

property in Crittenden, Kentucky.  The search was conducted within the same time

frame of the Ohio burglaries.  Det. Dykgraaf conducted a review of the online tax

records associated with the property and identified the owners of this rental property.

Det. Dykgraaf interviewed one of the owners, who provided the following

information.  The property had been rented from December 11-17, 2024, by a group of

Hispanic males.  The group, which may have been driving a white Chevy Tahoe SUV,

would often arrive back at the property late at night.  The group left behind a box of

latex gloves and a telescoping ladder.

25.     On February 6, 2025, Det. Dykgraaf received information from T-

Mobile as a results of a previously served state search warrant.  The T-Mobile tower

information indicated that John QUINTERO-Herrera's phone signal hit off towers that

were within close proximity to the burglaries locations during the times they were

committed.  The following tower hits were notated:

a.      Tower locations show QUINTERO-Herrera's device in Columbus and

        Cincinnati through November 30, 2024, with consistent tower hits in

        Dayton, Kentucky, where one of the Airbnbs was located.

b.      Starting on December 1, 2024, there are consistent tower hits in the

        Brooklyn/Jackson, Michigan area, where another Airbnb was located.

c.      On December 3, 2024, first tower hits seen in the Grand Rapids metro area,

ending at night in Brooklyn, Michigan.

d.    On December 10, 2024, around 1900 hours, the tower hits go from New Jersey, to Pennsylvania, to Ohio and then Kentucky. There are consistent tower hits in Crittenden, Kentucky in the area where one of the Airbnbs was  located.

e.    Tower hits are in the Ohio/Kentucky area until December 18, 2024.

f.    On December 18, 2024, at 0217 hours, is the first tower location in Grove City, Ohio, consistent with the internet search conducted by John QUINTERO-Herrera for the Motel 6 in Grove City, Ohio.

## APPLE iCLOUD INFORMATION

26.    Det. Dykgraaf then drafted and submitted a state search warrant to Apple, Inc. requesting iCloud information associated with John Sebastian QUINTERO-Herrera's account.  On March 11, 2025, the information was received from Apple, Inc. and analyzed using the Axiom Forensics tool.  The Apple, Inc. return also included over 200,000 WhatsApp messages.  There were multiple notated items of evidentiary value.

a.    Prospective burglary victim information noted in the Apple Notes section. Among those notated, the Cascade Township, Michigan burglary that occurred in December of 2024.

b.    An internet search of the term "Escalera telescopica" (Spanish for telescoping ladder).,

c.    September 19, 2024, search of Weddington, North Carolina news article

regarding burglary suspects .  Further investigation revealed that part of the group was apprehended after a high-speed chase following a burglary.   I was able to confirm, after speaking with a HSI Special Agent assigned to the Greensboro, North Carolina office, that phone records connected John QUINTERO to their suspects.  The wife, of the one apprehended male, had made multiple phone calls to QUINTERO after an analysis of her phone records.

### WHATSAPP COMMUNICATIONS

27.    There were multiple incriminating WhatsApp messages, which were notated due to their evidentiary value.  The messages, which were in the Spanish language, were translated by a native Spanish-speaking KCSO employee. There is almost a constant exchange of information related to potential targets, almost exclusively targeting victims of Asian or Middle Eastern descent that own small businesses.

### WILLIAM VILLARRAGA-JOYA

### MASSACHUSETTS COMMUNICATIONS

28.    On August 13, 2024, **William VILLARRAGA-Joya** asked if John QUINTERO-Herra booked the Airbnb and whether it has a garage or cameras. QUINTERO-Herrera responded with Airbnb confirmation information for xxx[1] Sanborn Lane, Reading, Massachusetts, August 15-22, 2024.   QUINTERO-Herrera said

---

[1] The street numbers for the home addresses are known to me, but I am not disclosing them to protect the victims.

they charged Ivan's (another conspirator) account for the Airbnb.

29.    On August 17, 2024, **William VILLARRAGA-Joya** asks John QUINTERO-Herrera for help purchasing a plane ticket.  QUINTERO-Herrera sends flight options from Los Angeles to Boston for August l 7, 2024.  QUINTERO-Herrera sends booking confirmation information for Delta flight G429ES, billing name John Quintero, passenger is "Oscar Daniel Mendoza-Llamas."  The investigation later determined that "Oscar Daniel MENDOZA-Llamas" is an alias that is utilized by **William VILLARRAGA-Joya**.

30.    On August 19, 2024, John QUINTERO-Herrera sends a drive-by video of a Mercedes at a Golden Bakery in Massachusetts. **William VILLARRAGA-Joya** then sends a drive-by video of a home and says it is from the "Golden Bakery."  John QUINTERO-Herrera says they could order a pizza to the address and then sit close by and "watch her reaction."

31.    **VILLARRAGA-Joya** says it's a good idea, "lets send her the pizza and make sure you're in a position to see her reaction."  John QUINTERO sends another drive-by video of a Cadillac on a residential street.  This investigation has shown that this group conducts extensive surveillance on prospective victims prior to committing a residential burglary.

32.    **William VILLARRAGA-Joya** tells John QUINTERO to go back to the bakery, and check for the vehicle, and if it's not there, to check the house again.  John QUINTERO responded with "Sounds good, this is the owner" and sends picture of a card for "Ahmad (xxx) xxx-3464."  John QUINTERO sends a picture of bakery with

two Mercedes vehicles. John QUINTERO tells William VILLARRAGA, there is "still no movement." **VILLARRAGA** tells John QUINTERO to come back and eat something, then go by the "grandmas" house where they sent the pizza to see if the Cadillac is still there and then go to the bakery.

33.     John QUINTERO tells **William VILLARRAGA**, "Sounds good, do it. What's the other location?" **William VILLARRAGA** responds, "hold on, it looks like the other man from the dentist office just moved, so maybe he is the owner of the dentist office." John QUINTERO subsequently sends **William VILLARRAGA** a Google Maps for a specific pawn broker in Boston, Massachusetts.[2]  This investigation has shown that the group was known to use certain jewelry stores to sell the jewelry stolen from the burglaries.

34.     John QUINTERO then sends **William VILLARRAGA** video of a man walking around outside of the Golden Bakery.  John QUINTERO then sends **William VILLARRAGA** a video of elderly woman getting out of a black Cadillac SUV in a residential area.  The video appears to be taken from a longer distance.  John QUINTERO then sends **William VILLARRAGA** several more videos of the elderly woman and male, along with drive-by videos of homes.  All the videos appear to be surveillance videos taken of potential targeted victims.

35.     On August 20, 2024, John QUINTERO sends **William VILLARRAGA** a *search people free* link for xxx Boston Tpke, Shrewsbury, Massachusetts 01545.

---

[2] The name and address of the pawn broker is known to me, but I am not disclosing it here, to avoid tipping off a potential target for knowingly receiving stolen property.

QUINTERO states,  "First location is for the ranch, and second location is for the business."  **William VILLARRAGA** responds with "Check the chupas (tracker)" to which John QUINTERO responds, "dog it's moving, do it."  This investigation has shown that the group utilizes GPS trackers, which they covertly place on victim's vehicles.  This enables the group to monitor the victim's location, while the group commits the burglaries.

36.     **William VILLARRAGA** asks again if John QUINTERO looked at the tracker.  QUINTERO responds with, "yes, it stopped at" and then sends google link for xx Piedmont St, Worcester, Massachusetts.  John QUINTERO then states, "He's two minutes and I'm 26 minutes away.  Do you want me to go get her or what?"  **William VILLARRAGA** then says, "Yes, it will be there, because that's Australian drinks are at. And he stops there a long time."  They continue to discuss the location of the GPS tracker, and they say it is a liquor store.  **William VILLARRAGA** says, "It's there right?" They then send a location for where they believe the tracker is at, and discuss whether the target owns it or not, or maybe it is just where they get their supplies from.

37.     There was no reported burglary of the residence at xxx Boston Tpke, Shrewsbury, Massachusetts or of the residence at xx Piedmont St, Worcester, Massachusetts.  In reviewing the conspirators' search history and text chats, they will identify multiple potential victims and then select one to actually burglarize.

38.     John QUINTERO later sends a Zillow link and video of a residential address in Dracut, Massachusetts to other members of the conspiracy.  On August 21,

2024, a burglary occurred at that same residence in Dracut, Massachusetts.  A convenience store owner returned to his home to find it ransacked.  Det. Dykgraaf was able to confirm, with local law enforcement, that the conspirators stole approximately $160,000 worth of jewelry.  A police report indicates that the conspirators used a screwdriver to enter through a locked door.  In addition to the jewelry, the group stole credit cards, gift cards, gaming systems, computers, ten thousand dollars in cash, designer purses, and lawn equipment.  Police interviewed neighbors, who reported a suspicious Hispanic male watching the house two days before the burglary.  The male never exited the vehicle and appeared to have a direct view of the residence.

39.     On September 5, 2024, **William VILLARRAGA** and John QUINTERO discussed surveilling a business that opens at 10 am.  QUINTERO replied that "Jesua" and "Nari" were with him.  QUINTERO then sent **William VILLARRAGA** a 3-minute video of him surveilling outside of business identified as Ballantyne Jewelers.

40.     John QUINTERO responded with, "Easy mission accomplished" and tells **William VILLARRAGA** that he watched the people come to open the store. **William VILLARRAGA** states, "You see the man of the bank, it's the owner of the cool house. Yeah he's the one, we should have got it. He is like the one we have been looking for. The Chineses (Plural)."  They then discuss if the person they are watching is the one who opens the business.

41.     On September 15, 2024,  John QUINTERO sends a picture to **William VILLARRAGA** of a Milwaukee Torque Lock tool.  It appears that QUINTERO is at a hardware/big box store and the tool is still in the packaging.  This investigation has

shown that a similar Milwaukee tool, with a red handle, was recovered from a residential burglary in Union County, North Carolina. Surveillance video from their residence showed that the burglars were wearing white Tyvek style suits and masks, which this group is known to utilize.

## ALABAMA COMMUNICATIONS

42.    On September 22, 2024, John QUINTERO sent **William VILLARRAGA** a screenshot of Bismillah Grill and Grocery at 850 Martin Luther King, Auburn, Alabama. The screenshot is accompanied by a *truepeople* search for "M_ R_ B_"[3] with address of xxxx Lilah Court, Auburn, Alabama.

43.    **William VILLARRAGA** sends John QUINTERO a video of a drive-by of an unknown home.  **William VILLARRAGA** then follows by sending a picture of a business called the "The Comer Market."

44.    John QUINTERO sends **William VILLARRAGA** a *truepeople* link for "M_ Y_"[4].  They both discuss that this person owns two gas stations.  John QUINTERO then sends a link to **William VILLARRAGA** of an Exxon at 120 East Samford Avenue, Auburn, Alabama 36830.

45.    John QUINTERO sends **William VILLARRAGA** a Google Maps and *people search* for "J_ C_"[5] at xxx Cart St, Auburn, Alabama 36830 with the caption,

---

[3] The full name was identified in the text message and known to me, but I am not including it to protect the identity of a victim.
[4] The full name was identified in the text message and known to me, but I am not including it to protect the identity of a victim.
[5] The full name was identified in the text message and known to me, but I am not including it to protect the identity of a victim.

"Look at this one bro, maybe we can get it." **William VILLARRAGA** responds with, "I just moved partner, I'm over here 30 minutes out."

46.    On September 23, 2024, **VILLARRAGA** and QUINTERO discuss possible surveillance on a potential victim.  John QUINTERO states, "There's some eyes on the phones, but I don't know which one is which." **William VILLARRAGA** replies, "There's two phones, where did they go they don't have enough time."  QUINTERO tells **VILLARRAGA**, "There are three spots, the one doesn't have an eye, and the other two are in "Pacha."  Subsequent investigation indicated that "Pacha" is possibly a bakery.

47.    On September 24, 2024, **William VILLARRAGA** asks John QUINTERO, "Was there any movement."  QUINTERO responds with, "They arrived at 7/7:05 and the Rav 4 black was just leaving. And the other ones are still parked there. But we're out here just looking to see what's gonna move."

48.    **VILLARRAGA** then says it has to be the man, because he drives the Rav 4 black.  **VILLARRAGA** then says, "Maybe you can look, and be really careful and see if you can follow the lady which side she goes to."  John QUINTERO responds to **William VILLARRAGA**, "Yes, I think it's the man who wakes up early. And I was looking that where they store the cars, there is the door. But either way we're still by, just watching both of the doors".

49.    John QUINTERO sends **William VILLARRAGA** a Zillow link for xxxx Cynthia Crescent, Anniston, Alabama.  **VILLARRAGA** responds with "yes my dog I already have the address, with everything lets capture that man, with

everything".  QUINTERO replies, "That's the house from the inside so you can look at it".  **VILLARRAGA** states, "yes I just saw it, it looks nice".  John QUINTERO says he is looking and looks like it might have a basement. **William VILLARRAGA** says he has been watching it and nobody has come out.

50.      KCSO Detective Dykgraaf was subsequently able to confirm with the Anniston, Alabama Police Department that a burglary occurred on September 25, 2024, at xxxx Cynthia Crescent, Anniston, Alabama.  The conspirators gained access to the home with a screwdriver.  The inside of the house was ransacked, and the power had been shut off at the breaker box.  The victims were Asian American, which the conspirators has generally targeted.

51.      On September 26, 2024, John QUINTERO sends **William VILLARRAGA** a Google Maps link for the Country Inn and Suites by Radisson in Homewood, Alabama.   The link is accompanied by the following caption, "we're good bro, the man took us to another part."

52.      On September 27, 2024, **William VILLARRAGA** and John QUINTERO are discussing flight plans from Atlanta, Georgia to Los Angeles, California.  The conversation then switches to a vehicle.  **VILLARRAGA** asks, "did you find something to disguise the truck?"  QUINTERO states, "Yes, it's the stickers and some spray paint."  **VILLARRAGA** then asks, "And the tires?" to which QUINTERO responds, "Yes that too."  The investigation has shown that the vehicle they are describing matches the white Chevy Tahoe, which was used in the Michigan burglary.

## WISCONSIN COMMUNICATIONS

53.      Detective Dykgraaf was able to determine, after confirming with Wisconsin law enforcement officials, that a burglary occurred on October 9, 2024, at a residence in Franklin, Wisconsin.  The total loss to the victims was approximately $250,000 worth of valuables.  John QUINTERO tells **William VILLARRAGA** that they are getting to the Airbnb.  The message is sent at 2:30 in the morning on October 9, 2024.  QUINTERO sends the Airbnb address of xxxx Sue Lane, Green Bay, Wisconsin.

54.      On October 12, 2024, QUINTERO and **VILLARRAGA** discuss returning to the Los Angeles, California area.  On October 13, 2024, a conspirator sends a Google Maps link to John QUINTERO of a specific jewelry store and its street address in Los Angeles, California.[6] . The conspirator sends a picture to QUINTERO of jewelry on a glass table and some jewelry on a left hand with a tattoo. The picture showed that someone was exchanging jewelry for cash.  Detective Dykgraaf was able to confirm with the Franklin, Wisconsin Police Department that this jewelry was reported stolen from the October 9, 2024 burglary.  Detective Dykgraaf recognized the flower tattoo on the subject's hand as a match to that of another conspirator.  That tattoo can be seen on that conspirator's social media postings.

## OHIO GROUP COMMUNICATIONS

55.      On November 7, 2024,  a WhatsApp group chat was created labeled

---

[6] The name and address of the jewelry store is known to me, but I am not disclosing it here, to avoid tipping off a potential target for knowingly receiving stolen property.

"Escuadron" (Spanish for "the squadron").  It consists of the following members:

  a.  John QUINTERO-Herrera: 57-301-694-1649

  b.  "KAIN": 1-818-605-3715

  c.  "V": 1-657-346-3541

  d.  "Morro": 1-818-792-6581

  e.  "Paul": 57-302-241-7543

  f.  "189985513": 1-323-496-1427

  g.  "DV": 1-714-877-5101

56.  Detective Dykgraaf was able to determine that the contact saved as 'Kain' was actually **William VILLARRAGA-Joya**.  This was based on an analysis of the Instagram page associated with the username 'Kain'.  A state search warrant was able to determine that the previous username was 'David Joya', which was later changed to 'davi_d1941'.  The pictures on the Instagram accounts match the physical images of **William David VILLARRAGA-Joya** and match his distinctive tattoos.  Finally, **VILLARRAGA's** WhatsApp phone number was also listed under his Facebook subscriber account.   Pictures of **VILLARRAGA**, along with distinctive tattoos, all indicate his true identity as **William VILLARRAGA-Joya**.

57.  Detective Dykgraaf was subsequently able to identify "V' as **Wendy Vanessa ACOSTA-Arevalo**.  Using facial recognition, an old profile for **Vanessa ACOSTA** was discovered on Instagram under the name "vanesaacosta01." There was a matching mole and tattoos, through other social media. KCSO Detective Dykgraaf also observed Zelle exchanges between John QUINTERO-Herrea and "**Vanessa ACOSTA**".

This led investigators to positively identify "V" as **Wendy Vanessa ACOSTA-Arevalo**.

58.    On November 10, 2024, **William VILLARRAGA** and John QUINTERO talk about activating the tracking devices.  They are deciding if they are going to put 30 or 40 dollars on it.  QUINTERO says he wants to put $30 on it so that it does not run out of data.  **VILLARRAGA** says he wants to set the tracker up so it updates every minute if that is possible.

59.    On November 12, 2024, **Wendy Vanessa ACOSTA-Arevalo** stated that one of the conspirators is going to pick her up at the airport.  She stated that she's stopping for Kleenex and facemasks.  The investigation has shown that the conspirators wore facemasks during the burglaries.

60.    November 13, 2024, John QUINTERO-Herrera sent the crew "Grandview Market xxxx Wayne Brown Dr".  **Wendy Vanessa ACOSTA-Arevalo** sent two Apple maps addresses, then "home" "bro" "markets" and sent the Facebook profile of "S_____ R_____."[7]  **ACOSTA-Arevalo** also sent more potential victim profiles from Instagram associated with that family.

61.    On November 16, 2024, conversation among squad members indicated that the crew checked into an Airbnb at 1112 5th Street, Dayton, Kentucky. The crew sent pictures of the Airbnb.

62.    On morning of November 16, 2024, **William VILLARRAGA** tells John QUITERO, "lets not do the one on the 16th, it wont give us anything left (profit) lets do

---

[7] The full name was identified in the text message and known to me, but I am not including it to protect the identity of a victim.

the one on the 17th.   Later in the day, **VILLARRAGA** sends a voice memo to QUINTERO stating, "Yes dad, everythings ok, everythings ok. Hold on let me just fix this, hold on wait. Let me get into it (opening up  phone and looking at app). Yeah, no he still hasn't left, you know what this isn't real time, it's going in real time. It's all the time this garage door open for. For a long time".  John QUINTERO responds, "Ok sounds good, keep me updated".

63.    Around the time of the burglary, **William VILLRRAGA** and John QUINTERO discuss the status of the GPS tracker.  QUINTERO asks, "**William**-Did you take the eye down so it doesn't run out of battery?  Because since there is two phones it takes more energy. So you should that one down and I'll keep you posted, Because that garage has been open since 9 am.".  **William VILLARRAGA** responds and states that he had to log out of the system and then log back in.  He tells QUINTERO that it appears to be working now.  QUINTERO states they will hit it when it's ready.

64.    On November 16, 2024, **Vanessa ACOSTA** asked John QUINTERO-Herrera to send a video of the two Arabic people who own Marieta Markets. **Vanessa ACOSTA** texted, "Hey a favor, send the address of the cyber".  John QUINTERO-Herrera sent the address "xxxx Middleton Way" "Mason" and then said, "1 min out for delivery".  This was the address of one of the burglaries attributed to the conspirators. On November 19, 2024, two members of the conspiracy sent stickers depicting stacks of cash.

65.    November 21, 2024, John QUINTERO-Herrera sent a link to an address for xxxx E Observatory, West Chester Township, Ohio. This address was associated

with an attempted home invasion case on December 15, 2024, in which video surveillance showed the crew's white Chevy Tahoe in the driveway.

66.    On November 21, 2025, John QUINTERO and **Wendy Vanessa ACOSTA** have the following conversation:

>    a.    **Vanessa ACOSTA** sends a screen shot of an Instagram story for "P. T.," which is the name of the homeowner at xxxx E Observatory.
>
>    b.    **Vanessa ACOSTA** states, "Ok look, the house looks like it's brand new, but look in Zillow, maybe they renovated. Everything looks brand new".
>
>    c.    John QUINTERO-Herrera responds, "looks like there might be a pot in the living room or even the kitchen".
>
>    d.    **Vanessa ACOSTA** sends a Zillow real estate listing of a new home.
>
>    e.    John QUINTERO-Herrera responds, "Fuck, it's really pretty".
>
>    f.    **Vanessa ACOSTA** responds, "Yeah that's how I like them", accompanied by a money emoji.

67.    On November 22, 2024, **William VILLARRAGA-Joya** sends Airbnb information to the crew for xxx McCormick Place, Cincinnati, Ohio. There was some arguing in the crew prior about the price of this Airbnb.

68.    On November 23, 2024, **Wendy Vanessa ACOSTA** sent John QUINTERO-Herrera a video of her riding in a vehicle with another male. As noted previously, this video provided Detective Dykgraaf with the ability to confirm her

identity when compared to other social media sources and facial recognition software.

69.     On November 24, 2024, the day before the xxxx Middleton Way burglary, there were multiple messages between **Vanessa ACOSTA** and John QUINTERO-Herrera.

a.    **Vanessa ACOSTA** sends  "Get ready, we are about to head out, because in case it happens, or in case it doesn't happen".

b.    **Vanessa ACOSTA** sends GPS location of Land Air Sea 54 tracker Serial number 8882366466, which was on Quality Blvd.  This investigation has shown that the conspirators use GPS trackers to track the victim's vehicles, while they commit burglaries.

c.    **Vanessa ACOSTA** stated, "Looks so you know where the trucks at".

d.     John QUINTERO-Herrera responded, "It looks like they're going back to the ranch" .

e.    **Vanessa ACOSTA** responded, "They are 10 minutes away from the house".

f.     John QUINTERO-Herrera stated, "Could you look for me, which direction they're going. Cincinnati/Columbus RD?"

g.     **Vanessa ACOSTA** sent a screenshot of tracker location near Barrett and Brookridge Drive.   Investigators noted that this was close to the location of the burglary.

70.     On November 24, 2024, several crew members send stickers of robbers with guns and laughing clowns.  At 1:17 pm, **Wendy Vanessa ACOSTA** tells the crew

that she's in a "meeting".  **William VILLARRAGA** later sends the crew a picture of **ACOSTA** lying in a bed, on what looks to be an iPhone.

71.    November 25, 2024, the only communication between John QUINTERO and the crew was an audio/video contact with all of the crew members. This was the same day as a confirmed burglary occurred at xxxx Middleton Way in Mason, Ohio.  Det. Dykgraaf spoke with Mason, Ohio detectives, who confirmed that the financial loss was approximately $185,000.  The crew used an extension ladder and pry bar to gain entry into the residence.  The victim's two car tires were incapacitated while shopping.  The victim later reported that two of his tire stems had been removed from the wheels, thereby preventing him from returning home.

72.    On November 26, 2024, **Vanessa ACOSTA** sent a video of a man speaking Spanish, saying essentially "what are we going to do today now that we have money".

73.    On November 28, 2024, **Wendy Vanessa ACOSTA-Arevalo** sends directions and a thumbnail image of a New York-based jewelry store at 70 Bowery Street.  An open-source internet search for 'New York Jewelers Exchange' on Google Maps Street view appeared to match the store front picture sent by **Vanessa ACOSTA**. She provides directions with specific instructions and a red arrow pointing to a specific door.   It appears that the conspirators are contacting a specific person at the store in order to sell the jewelry that had been stolen.

74.    On November 29, 2024, **William VILLARRAGA-Joya** sent a picture to the conspirators of a piece of paper that has a breakdown of weights of gold and

prices.  The total at the bottom is $15,304.  VILLARRAGA sends a follow-up picture with a circled total of $15,660.  **Wendy Vanessa ACOSTA** responded and asked if **VILLARRAGA** can send his portion of the money owed for the Airbnb via Zelle.

## MICHIGAN COMMUNICATIONS

75.     On November 30, 2024, based on the conversation into the 30th, it appears that **William VILLARRAGA** and another conspirator are driving back from New York City, and are going to meet the rest of the crew.  The conversation indicated that the crew obtained an Airbnb in Brooklyn, Michigan.  One of the conspirators later sends check-in information to the crew for an Airbnb at 2588 Vineyard Lane, Brooklyn, Michigan.  The booking information indicated that it was booked from November 29, 2024, through December 7, 2024.

76.     On December 1, 2024, QUINTERO and **VILLARRAGA** exchange receipts for RIA.  RIA is a money transfer service, which customers can use to send money to Mexico, Central and South America. **William VILLARRAGA** tells John QUINTERO that he messed it up because he did not see the credit card number on the receipt.  Then they verify that QUINTERO  gave the full credit card information.

77.     On December 1, 2024, **William VILLARRAGA** sends a Google Maps search to John QUINTERO.  The Google Maps search was for xxxx Banyon Trail, East Lansing, Michigan 48823.  I conducted an open internet search of this address, which appears to be a large two- story residential home.  An internet search indicated that the home may be owned by an Asian American family.

78.     On December 2, 2024, there were multiple messages between

VILLARRAGA and John QUINTERO:

    a.      **VILLARRAGA** asks, "What was the name of the business, I forgot it".

    b.      QUINTERO sends a Google Maps link to 6443 S Cedar Street, Lansing, Michigan, which is an open internet search revealed that  is the location of "Asia's Finest" restaurant.

    c.      **VILLARRAGA** sends a Google Maps link for xxxx Chimneyrock, Lansing, Michigan. He sends this link three times.  An open internet search indicated that address is a large, two-story residential home.

    d.      **VILLARAGA** sends a Google Maps link for xxxx Timberland Dr, Dimondale, Michigan.  An open internet search indicated that this large residential home is located just off of the Grand River.

    e.      **VILLARRAGA** sends a Google Maps link for El Tacos Chaparrito Food Truck in Ypsilanti, Michigan.

    f.      **VILLARRAGA** sends a Google Maps link for Emelias Taqueria, 35761 Van Born Rd, Romulus, Michigan.

    g.      **VILLARRAGA** sends an audio message, which stated "I was doing some digging and this is what I was able to find. But I wasn't able to dig deep enough to see what businesses belong to them."

    79.      On December 3, 2024, a review of John QUINTERO-Herrera's WhatsApp communications with **Wendy Vanessa ACOSTA** indicated that the crew was conducting surveillance and research on potential burglary targets.  **Vanessa ACOSTA** asks, "did you look last night".  John QUINTERO-Herrera responds, "I was

looking but couldn't find any information. Where you able to find anything?"

**Vanessa ACOSTA** replies, "Just what I was able to find about the house, this one."

80.    The conversation between John QUINTERO and **Wendy Vanessa ACOSTA** continues on December 4, 2024:

   a.   On December 4, 2024, John  QUINTERO-Herrera states, "This is the address that got us lost, we couldn't find the house"

   b.   **Vanessa ACOSTA** sends, "xxx Talon Dr Coopersville, MI 49404" .  "This is what I found, but I cannot get the name of the owner. " **Vanessa ACOSTA** sends a screenshot of true people search for "C. K. W." and "L. L ".

   c.   John QUINTERO-Herrera replies, "Yeah I don't know where you sent us".

   d.   **Vanessa ACOSTA** responds, "Yeah that's the house. There is a Chinese restaurant registered to".

   e.   John QUINTERO-Herrera asks, "Like another buffet right?"

   f.   **Vanessa ACOSTA** states, "I'm so anxious I only have three days".

   g.   **Vanessa ACOSTA** sends a screenshot of "Asian Palace Restaurant Pho 99, 141 28th ST SE" . "V' N."   ACOSTA sends accompanying information for Stir Fry Express.

81.    On December 4, 2024, there were multiple messages between **William VILLARRAGA** and John QUINTERO:

   a.   QUINTERO tells **VILLARRAGA**, "we've been here for a minute".

   b.   **VILLARRAGA** asks, "did you put the eye".

   c.   QUINTERO responds with, "no my dog".

    d.    **VILLARRAGA** says, " Partner tell them to buy the phones already".

    e.    **VILLARRAGA** asks, " how are you doing my dog".

    f.    QUINTERO responds with, "Good there is a lot of snow".

    g.    **VILLARRAGA** states, "the truck is frozen" sends a picture of the iced windshield.  He then states, "and it doesn't go away with anything".

    h.    QUINTERO says, "What if you put hot air on the window".

    i.    **VILLARRAGA** states, "I'm doing it and it isn't working".

    j.    **VILLARRAGA** sends a picture of the heat controls, which match the interior of a 2010 Honda Odyssey.

82.    There is no group conversation until December 4, 2024. On December 4, 2024, a video was sent to a group that consisted of a snowy background and partial street signs.  The video appeared to be a possible surveillance video in the Grand Rapids, Michigan area.  The signs and condominiums in the background matched the condominium development that was listed in QUINTERO's Apple notes--"xxxx Ter Van NE DR." This is likely the conspirators performing surveillance on potential targets in the Grand Rapids the night before the Kent County, Michigan home invasion.

83.    The conspirators subsequently researched "Indian Spice Market" in Grand Rapids, Michigan, and the researched the owners' home address on xxxx Burton Point Blvd SE, Cascade Township, Michigan.  On December 5, 2024, the home on Burton Point Blvd was burglarized.  While the victims were at work, the conspirators broke into their home in Cascade Township, Michigan.  Once inside the home, the group used Sawzall type equipment to break into a gun safe.  The conspirators stole $40,000 in cash,

approximately five million dollars' worth of family heirloom jewelry, U.S. lawful

permanent resident cards, and passports. The investigation showed that they returned

to the Airbnb in Brooklyn, Michigan after committing the Kent County home invasion.

84.    On December 6, 2024, John QUINTERO-Herrera conducted a map search

for specific locations in the New Jersey and New York areas.  QUINTERO-Herrera

searched for the "Bank of America 9116 168th St, Jamaica, NY 11432."  On December 7,

2024, QUINTERO-Herrera appeared to be in the NY/NJ area based on historical cell site

data and tower hits.  On December 7, 2024, Google search records showed that he

conducted a map search of '70 Bowery ST'.  This is the location of the jewelry store that

the female co-conspirator previously on November 28, 2024.

85.    A review of John QUINTERO's saved iCloud images showed pictures of

both QUINTERO and **William VILLARRAGA** in New York City.  The pictures appear

to have been taken on December 7-8, 2024.   On December 10, 2024, John QUINTERO's

cell phone hit off of towers in the New Jersey and New York areas.

### LIVE PINGS, SURVEILLANCE, and WISCONSIN ARRESTS

86.    On March 11, 2025, Detective Dykgraaf obtained a search warrant for the

(415) 374-6735 cell phone number associated with QUNTERO to obtain live pings for

his device.  On March 27, 2025, investigators tracked QUINTERO through his phone

pings.  Investigators found that QUINTERO traveled from Los Angeles, California to

Omaha, Nebraska.  HSI in Omaha surveilled QUINTERO and learned that he spent the

night at a Super 8 Motel in Omaha.

87.    Surveillance units observed QUINTERO meeting another car in the

parking lot of the Super 8 Motel.   The other car, a Kia sedan, was registered to a car rental company.  Agents watched QUINTERO and the multiple suspects in the Kia depart the Omaha area and cross the state line into Des Moines, Iowa.

88.    QUINTERO then proceeded to the Chicago, Illinois area.  It appeared that he spent the night in Chicago and then traveled to the Plymouth, Wisconsin area. Multiple law enforcement agencies conducted surveillance on QUINTERO and multiple other Hispanic males, who appeared to be casing homes for robbery.  The group had rented an Airbnb in Plymouth, Wisconsin, where they stayed for multiple nights. Phone pings placed QUINTERO at the Airbnb since his arrival in the area.

89.    On April 3, 2025, Wisconsin law enforcement caught the conspirators after they placed a GPS tracking device on a potential victim's car.  The company associated with the GPS tracking device contacted Wisconsin investigators to inform them of the activation.  QUINTERO and another member of the crew were in a vehicle a few blocks away from the potential victim's home, which was consistent with conducting surveillance on the home.  Wisconsin authorities located and arrested QUINTERO, and four other Colombian nationals, who were charged by the state with multiple felonies. Investigators seized multiple phones, immigration documents, and the GPS tracker.

## LOS ANGELES SEARCH WARRANT

90.    On April 17, 2025, I requested and obtained a federal search warrant in the United States District Court for the Central District of California (Case No. 2:25-MJ-02297).  The search warrant allowed for the search of John QUINTERO-Herrera's apartment, which was located at 1555 Vine Street, Unit 561V, Los Angeles, California.

91.     On April 22, 2025, HSI served the federal search warrant at QUINTERO's apartment.  Agents located and seized multiple cellular telephones, cocaine, methamphetamine, MDMA, ketamine, and a small amount of jewelry.  Three people, who were Colombian nationals illegally present in the United States, were taken into administrative custody pending further removal proceedings.

92.     **Wendy Vanessa ACOSTA-Arevalo** was residing in a second-floor apartment but was administratively arrested when she came to the search warrant location in order to retrieve her minor child who was spending the night there.  **Wendy Vanessa ACOSTA-Arevalo**, who stated that she was a Colombian national illegally present in the United States.

93.     **William VILLARRAGA-Joya** was located in John QUINTERO's apartment.  **VILLARRAGA-Joya** provided investigators with the alias of "Oscar MENDOZA-Llamas."  He claimed to be a Mexican national, who was illegally present in the United States.  **VILLARRAGA** also provided a Mexican passport, which contained his photographic image and alias.

94.     ICE Enforcement & Removal Officers, who assisted with the search warrant, processed **VILLARRAGA's** fingerprints with a mobile handheld scanner.  The scanner matched him to his alien number, criminal history, true name and true nationality.  **VILLARRAGA-Joya** had previously been ordered removed by an immigration judge and was never physically deported.  He also had an outstanding State of California warrant for burglary.

95.     **ACOSTA** and **VILLARRAGA-Joya** were transported to a holding facility

in Los Angeles and detained on administrative immigration charges.  Detective

Dykgraaf and I attempted to interview **Wendy Vanessa ACOSTA** at the facility with

the assistance of HSI Task Force Officer Joseph Nino, who is a native Spanish speaker.

**ACOSTA** was Mirandized in the Spanish language by Officer Nino.  She did admit that

she had previously been arrested in Florida for theft but then refused to speak to

without the presence of an attorney.

96.     Det. Dykgraaf and I then attempted to interview **William VILLARRAGA-**
**Joya** with assistance from Officer Nino.  **VILLARRAGA** was Mirandized in the Spanish

language.  He again stated his name was "Oscar MENDOZ-Llamas" and continued to

claim to be a Mexican national.  **VILLARRAGA** then stated that he had never been

arrested in the United States.  He stated that his girlfriend was residing in the apartment

with him.  **VILLARRAGA** stated that he recognized John QUINTERO's name but had

not spoken to him in a long time.  The interview ended when **VILLARRAGA** stated

that he would not cooperate with the investigation.

## CONCLUSION

97.     Based on my training and experience as a HSI Special Agent, and the

information contained in this continuation, I believe that probable cause exists to

believe that **William VILLARRAGA-Joya** and **Wendy Vanessa ACOSTA-Arevalo**

transported stolen goods across state lines, in violation of Title 18 U.S.C. § 2314; aided

and abetted such offense, in violation of Title 18 U.S.C. § 2; and conspired with others to

transport stolen goods across stateliness, in violation of Title 18 U.S.C. § 371.