UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    No. 1:25-CR-00076

       vs.                             Hon. JANE M. BECKERING

JOHN SEBASTIAN QUINTERO-HERRERA,
WILLIAM DAVID VILLARRAGA-JOYA,      INTERPRETER SPANISH
WENDY VANESSA ACOSTA-AREVALO,
PAUL JEFERSON MENDOZA-AREVALO,

        Defendants.             **AMENDED PENALTY SHEET**
_____/

## JOHN SEBASTIAN QUINTERO-HERRERA (1)

**CHARGE: Interstate Transportation of Stolen Property –** 18 U.S.C. § 2314

**Maximum penalty:** Not more than 10 Years [18 U.S.C. § 2314]

**Maximum Fine:** $250,000 or twice the pecuniary loss [18 U.S.C. § 3571]

**Supervised Release:** 3 Years [18 U.S.C. § 3583; Class D Felony, [18 U.S.C. § 3559]

**Special Assessment**: $100 [18 U.S.C. § 3013]

**Restitution**: Mandatory [18 U.S.C. § 3663A]

**FORFEITURE**

## WILLIAM DAVID VILLARRAGA-JOYA (2)

**CHARGE: Interstate Transportation of Stolen Property –** 18 U.S.C. § 2314

**Maximum penalty:** Not more than 10 Years [18 U.S.C. § 2314]

**Maximum Fine:** $250,000 or twice the pecuniary loss [18 U.S.C. § 3571]

**Supervised Release:** 3 Years [18 U.S.C. § 3583; Class D Felony, [18 U.S.C. § 3559]

**Special Assessment**: $100 [18 U.S.C. § 3013]

**Restitution**: Mandatory [18 U.S.C. § 3663A]

**FORFEITURE**

## WENDY VANESSA ACOSTA-AREVALO (3)

**CHARGE: Interstate Transportation of Stolen Property** – 18 U.S.C. § 2314

**Maximum penalty:** Not more than 10 Years [18 U.S.C. § 2314]

**Maximum Fine:** $250,000 or twice the pecuniary loss [18 U.S.C. § 3571]

**Supervised Release:** 3 Years [18 U.S.C. § 3583; Class D Felony, [18 U.S.C. § 3559]

**Special Assessment**: $100 [18 U.S.C. § 3013]

**Restitution**: Mandatory [18 U.S.C. § 3663A]

**FORFEITURE**

## PAUL JEFERSON MENDOZA-AREVALO (4)

**CHARGE: Interstate Transportation of Stolen Property** – 18 U.S.C. § 2314

**Maximum penalty:** Not more than 10 Years [18 U.S.C. § 2314]

**Maximum Fine:** $250,000 or twice the pecuniary loss [18 U.S.C. § 3571]

**Supervised Release:** 3 Years [18 U.S.C. § 3583; Class D Felony, [18 U.S.C. § 3559]

**Special Assessment**: $100 [18 U.S.C. § 3013]

**Restitution**: Mandatory [18 U.S.C. § 3663A]

**FORFEITURE**

Date:  June 12, 2025                                  /s/ Daniel Y. Mekaru
                                                      Counsel for the United States


Submitted in accordance with Admin Order 17-MS-046