UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.

Case No. 1:25-cr-00076

HON. JANE M. BECKERING

IESUA GERMAN RAMIREZ-PEREZ,

     Defendant.

_____/

## ORDER REGARDING ADDITIONAL SENTENCING CONDITIONS

### MANDATORY/STANDARD CONDITIONS OF SUPERVISION

While on supervision, the defendant shall comply with mandatory and standard conditions of supervision including:

DNA collection
Drug testing

Additionally, the defendant shall comply with the following special conditions of supervision:

1.  You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office will share financial information with the U.S. Attorney's Office.

2.  After completing the term of imprisonment, you must surrender to U.S. Immigration and Customs Enforcement for deportation proceedings.

3.  You must immediately report to U.S. Immigration and Customs Enforcement and follow all their instructions and reporting requirements until any deportation proceedings are completed.

4.  If you are ordered deported from the United States, you must remain outside the United States. If you re-enter the United States, you must report to the nearest probation office within 72 hours after you return.

5. If you are released from confinement or not deported, you must report to the nearest probation office within 72 hours.

6. You must obtain the proper documentation from U.S. Immigration and Customs Enforcement authorizing you to work in the United States.

7. You must pay restitution in accordance with the Schedule of Payments sheet of this judgment. You must also notify the Court of any changes in economic circumstances that might affect the ability to pay this financial obligation.

8. You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.

The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

## CRIMINAL MONETARY PENALTIES

IT IS FURTHER ORDERED that you must pay to the United States a special assessment of $100.00, which shall be due immediately.

IT IS FURTHER ORDERED that you must pay restitution in the amount of $669,314.22 to the following victims:

| Victim Name | Amount |
| --- | --- |
| H.K. & D.K. | $73,353.90 |
| X.J.L. | $26,333.29 |
| State Farm Insurance | $12,045.03 |
| S.Y. | $37,946.00 |
| K.P. | $72,033.75 |
| Homeowners Insurance of America | $4,246.25 |
| R.G. | $78,429.00 |
| H.B. & M. B. | $55,000.00 |
| A.H. | $36,327.00 |
| S.T. | $8,000.00 |
| A.T. & C.S. | $2,500.00 |
| J.P. | $13,100.00 |
| A.A. | $250,000.00 |
| **Total** | **$669,314.22** |

IT IS FURTHER ORDERED that restitution shall be paid jointly and severally with codefendants John Sebastian Quintero-Herrera (Case No. 1:25-cr-76-1), William David Villarraga-Joya (Case No. 1:25-cr-76-2), Steven Alejandro Martinez-Cotinchara (Case No. 1:25-cr-76-5), and Ivan Antonio Chaparro-Perez (Case No. 1:25-cr-76-6).

Having assessed the defendant's ability to pay, payment of any additional criminal monetary penalties shall be due as follows:

Any balance due upon incarceration must be paid in minimum quarterly installments of $25.00 based on IFRP participation, or minimum monthly installments of $20.00 based on UNICOR earnings, during the period of incarceration, to commence 60 days after the date of this judgment. Any balance due upon commencement of supervision must be paid, during the term of supervision, in minimum monthly installments of $100.00, to commence 60 days after placement on supervision. The defendant must apply all monies received from income tax refunds, lottery winnings, judgments, and/or any other anticipated or unexpected financial gains to any outstanding court-ordered financial obligations. Payments must be made to the U.S. District Court Clerk, 110 Michigan, N.W., Grand Rapids. MI 49503.

I have reviewed and understand the above conditions of my sentence.

Dated: March _12_, 2026

X _____
Iesua German Ramirez-Perez
Defendant

_____
Daniel R. Fagan
Attorney for Defendant

IT IS SO ORDERED.

/s/ Jane M. Beckering
_____
JANE M. BECKERING
United States District Judge